MODEL PAPER BOX CO., INC., Appellant, *v.* CITY OF NEW YORK, Respondent.

Supreme Court, Appellate Term, Second Department, February 7, 1946.

*Max J. Gwertzman* for appellant.

*John J. Bennett, Corporation Counsel (Edward L. Cox* of counsel), for respondent.

MEMORANDUM *Per Curiam.* In view of the testimony adduced on behalf of plaintiff, it was error to exclude the evidence offered by plaintiff as to how much had been paid for the repairs in question.

The judgment should be unanimously reversed upon the law, and new trial granted, with $30 costs to plaintiff to abide the event.

MacCRATE, SMITH and STEINBRINK, JJ., concur.

Judgment reversed, etc.